IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00631-EWN-MJW

TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO, ET AL.,

Plaintiff(s),

v.

COGGINS & SONS, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants Unopposed Motion for Extension of Time to Respond to Complaint and Vacate Scheduling Conference, filed with the Court on May 19, 2008, (docket no. 9) is GRANTED finding good cause shown. The Defendants shall have up to and including June 2, 2008, in which to respond to the Complaint.

It is FURTHER ORDERED that the Scheduling Conference set on May 27, 2008, at 10:30 a.m. is VACATED and RESET on June 16, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **The parties shall file either their stipulated motion for dismissal or their proposed Rule 16 Scheduling Order five (5) days prior to the Rule 16 Conference.**

Date: May 21, 2008